# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RUBEN MATADAMOS-SERRANO,<br>    Plaintiff(s),<br>v.<br>CLARK COUNTY PUBLIC DEF.,<br>    Defendant(s). | Case No. 2:22-cv-00757-GMN-NJK<br><br>**ORDER** |

Through this action, Plaintiff appears to be seeking mandamus relief from the Nevada Supreme Court. *See, e.g.*, Docket No. 1-1 at 1. Indeed, the captions for all of Plaintiff's filings are addressed to the Nevada Supreme Court. *See, e.g.*, Docket No. 1 at 1. Moreover, Plaintiff appears to have believed that he was mailing his papers to the Nevada Supreme Court. Docket No. 1-1 at 26 (envelope). Plaintiff is advised that he did not file his papers with the Nevada Supreme Court and that he instead mailed them to the United States District Court.[1]

Plaintiff is hereby **ORDERED** to clarify the Court from which he seeks relief by June 23, 2022. To the extent Plaintiff seeks relief from the Nevada Supreme Court, he may file a notice of voluntary dismissal of this action and refile his request for mandamus relief directly with the Nevada Supreme Court. **Failure to respond to this order will result in a recommendation that this case be dismissed.**

IT IS SO ORDERED.

Dated: June 9, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] A federal district court does not have appellate jurisdiction over a state court, whether by direct appeal, mandamus, or otherwise. *See, e.g.*, *Rooker v. Fidelity Trust Co.*, 263 U.S. 413 (1923).